[No. 4012–II. Division Two. October 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL EDWARD HUNT, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5080, Tyler C. Moffett, J., entered March 13, 1979. *Dismissed* by unpublished opinion per

Johnson, J. Pro Tem., concurred in by Petrich, J., and Cochran, J. Pro Tem.